James H. Power
Marie E. Larsen
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: james.power@hklaw.com
       marie.larsen@hklaw.com

*Attorneys for Plaintiff,*
*Fednav International Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDNAV INTERNATIONAL LTD. individually and on behalf of M/V FEDERAL TIBER (IMO No. 9644483)<br><br>                                                  Plaintiff,<br><br>- against -<br><br>O.W. BUNKER & TRADING A/S, BUNKER HOLDINGS LTD. and ING BANK N.V.<br><br>                                                  Defendants. | Case No.: 15 Civ. _____ (   ) |

**APPLICATION FOR PRELIMINARY INJUNCTION**
**PURSUANT TO FED. R. CIV. P. 65**

Fednav International Ltd. ("Fednav"), individually and on behalf of M/V Federal Tiber (the "Vessel"), hereby makes an application pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction in the form of an order restraining all claimants from instituting any proceeding in any State or United States court in any way relating to or affecting the disputed funds corresponding to the fuel delivery to the Vessel described in the Complaint and which have been deposited in the Court's registry, until further order of the Court. Moreover, by this

application, Fednav seeks to restrain all claimants and other parties from (i) arresting or attaching the Vessel pursuant to Fed. R. Civ. P. Supplemental Admiralty Rule C or Rule B or other law, anywhere in the world based on claims for payment or security for payment for the fuel delivery; and (ii) proceeding against Fednav or Baffin *in personam* based on a claim related to the subject matter of the action set forth in the Complaint herein.

The grounds for this application are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

Dated: New York, New York
November 5, 2015

> HOLLAND & KNIGHT LLP
>
> By: _____
> James H. Power
> Marie E. Larsen
> 31 West 52nd Street
> New York, New York 10019
> Telephone: 212-513-3200
> Telefax: 212-385-9010
> Email: james.power@hklaw.com
>         marie.larsen@hklaw.com
>
> *Attorneys for Plaintiff, Fednav International Ltd., individually and on behalf of M/V Federal Tiber (IMO No. 9644483)*